**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1153

_____

GERTRUDE CORETTA FENNELL HAMILTON,

  Debtor - Appellant,

  v.

U. S. BANK NATIONAL ASSOCIATION, as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, by and through its (Servicers): Rushmore Loan Management Services; PHH MORTGAGE SERVICES; OCWEN LOAN SERVICING, LLC,

  Creditors - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:23-cv-01181-RMG)

_____

Submitted:  April 10, 2025                                    Decided:  April 14, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gertrude Coretta Fennell Hamilton, Appellant Pro Se.  Meredith Coker, Matthew Thor McKee, Diana C. Theologou, MCMICHAEL TAYLOR GRAY, LLC, Peachtree Corners, Georgia, for Appellee U.S. Bank National Association.  Jason David Wyman, WOMBLE BOND DICKINSON (US) LLP, Greenville, South Carolina, for Appellees PHH Mortgage Services and Ocwen Loan Servicing, LLC.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gertrude Coretta Fennell Hamilton appeals the district court's order accepting the recommendation of the magistrate judge and affirming two bankruptcy court orders. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hamilton v. U.S. Bank Nat'l Ass'n*, No. 2:23-cv-01181-RMG (D.S.C. Jan. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*